# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0772
_____

DANIEL MARIO CASILLAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Union County.
Mitchell D. Bishop, Judge.

August 5, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian Elmo Markham, III, Assistant Attorney General, Tallahassee, for Appellee.